H. Ely GOLDSMITH, Appellant, v. Joseph W. SANFORD, Warden, U. S. Penitentiary, Atlanta, Ga., Appellee.

No. 9605.

Circuit Court of Appeals, Fifth Circuit.

Oct. 26, 1940.

H. Ely Goldsmith, in pro. per.

Lawrence S. Camp, U. S. Atty., and John J. Flynt, Jr., and Harvey H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The only question raised is whether the indictment alleged an offense. On the authority of Aderhold v. Hugart, 5 Cir.,

67 F.2d 247, and Knewell v. Egan, 268 U. S. 442, 45 S.Ct. 522, 69 L.Ed. 1036, the judgment is affirmed.